Johnnie MOSLEY, Jr., Appellant,

v.

The STATE of Texas, Appellee.

No. 28448.

Court of Criminal Appeals of Texas.

June 27, 1956.

No attorney for appellant.

Dan Walton, Dist. Atty., Eugene Brady and Thomas D. White, Asst. Dist. Attys., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Felony theft is the offense; the punishment, three years in the penitentiary.

The record before us contains no statement of facts or bills of exception, without which nothing is presented for review.

The judgment is affirmed, and no motion for rehearing will be entertained in this case.

---

Ellis J. HILLIARD, Appellant,

v.

The STATE of Texas, Appellee.

No. 28433.

Court of Criminal Appeals of Texas.

June 27, 1956.

H. P. Robichau, Jr., Kenneth J. Hynes, Beaumont, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is felony theft, with a prior conviction for an offense of like character alleged to enhance the punishment; the punishment, 10 years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed, and no motion for rehearing will be entertained in this case.